THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ZEKALSOS and JOYCE PETRICK, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MABEL ESTELLE WATTS BOGERT, Respondent, v. HORACE WELLINGTON WATTS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MABEL ESTELLE WATTS BOGERT, Respondent, v. HORACE WELLINGTON WATTS, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## (November 10, 1941.)

In the Matter of the Application of BANQUE DE FRANCE against THE SUPREME COURT OF THE STATE OF NEW YORK and Others.— Motion of respondents granted, and petition dismissed as matter of law and not in the exercise of discretion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DANIEL DE GORTER and HENRI WILD, Assignees of BANQUE NATIONALE DE BELGIQUE, v. BANQUE DE FRANCE.— Motion granted in so far as to extend appellant's time to answer until ten days after service of order and the order of this court entered November 10, 1941, in *Matter of Banque de France* v. *Supreme Court* (*ante*, p. 703), with notice of entry thereof. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH F. CHUDOBA and Others, Respondents, v. JOHN W. GREEN, as National President of the Industrial Union of Marine and Shipbuilding Workers of America, an Unincorporated Association Having Seven or More Members, Defendant, PHILIP H. VANGELDER, as Secretary-Treasurer of Said Industrial Union, Appellant, GAVIN MACPHERSON, as President of Local 22, etc., Appellant, and HARRY GORDON, as Treasurer of Said Local 22, Industrial Union of Marine and Shipbuilding Workers of America, Appellant.— Upon consent of the attorneys for the respective parties this case is set down for immediate trial and the clerk of Special Term, Part III, New York County, is directed to place the cause at the head of the day calendar for Monday, November 17, 1941. In making this disposition we do not pass upon the merits of the controversy nor do we express an opinion as to any of the issues. Orders affirmed, without costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (November 14, 1941.)

GEORGE W. KAUFMAN, Appellant, v. PROVIDENT SAVINGS BANK AND TRUST COMPANY OF CINCINNATI, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.